FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re: Harold Van Lute  
Debtor(s)  
Case No.  
Chapter 13

# CHAPTER 13 PLAN
# (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) Harold Van Lute | S.S.# xxx-xx-7667 |
| | (W) | S.S.# |
| ADDRESS: | 423 Sol Colston Road | |
| | Finger, TN 38334 | |
| PLAN PAYMENT: | Debtor(s) to pay $ 406.00 | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | OR ( X ) DIRECT PAY | |
| | BECAUSE: | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

**MONTHLY PLAN PMT.**

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| Citifinancial | Ongoing pmt. Begin | | | | $ | Current; Paid Outside |
|---|---|---|---|---|---|---|
| | Approx. arrearage 0.00 | Interest | 0.00 | % | $ | 0.00 |

| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | VALUE COLLATERAL | | RATE OF INTEREST | | MONTHLY PLAN PMT. | |
|---|---|---|---|---|---|---|
| First Heritage Credit | $ | 5,192.00 | 8.00 | % | $ | 139.00 |
| Heights Finance | $ | 5,063.00 | 8.00 | % | $ | 136.00 |
| McNairy County Trustee | $ | 98.00 | 8.00 | % | $ | 10.00 |
| World Finance | $ | 1,000.00 | 8.00 | % | $ | 25.00 |

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Percentage to be paid to be determined by Trustee;
*World Finance;Citicards CBNA;Collection Management Services;Collection Management Services;McNairy County Solid Waste Management;Paypal Credit;Security Financial Service;United Consumer Financial SVCS;Verizon Wireless;
*Indicates the unsecured portion of a Secured Claim, the nonpriority portion of a Priority Claim, or an avoided Secured Claim.

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: $10,225.00

TERMINATION: Plan shall terminate upon payment of the above, approximately 48 months.

OTHER PROVISIONS:
Chapter 13 Trustee is authorized to make the following monthly payments for adequate protection: First Heritage Credit $35.00, Heights Finance $34.00, World Finance $10.00, McNairy County Trustee $10.00

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:  
Robert B. Vandiver, Jr.  
Robert B.Vandiver, Jr.  
P.O.Box 906  
227 W. Baltimore  
Jackson, TN 38302-0906  
731-554-1313